IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Bryan Blount #225319 )
Full name and prison number )
of plaintiffs(s) )
 )
v. )  CIVIL ACTION NO. 2:18-cv-970-WHA-CSC
 )  (To be supplied by Clerk of
Commissioner Culliver, Director of Classification, )  U.S. District Court)
Angie Baggett, CRB Vivian McQueen, Warden )
Headley, Warden Cooks, Classification Specialist )
Brittny Bates, Capt. McKee, Lt. Burks )
All in Individual and Official Capacity )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED
2018 NOV 16  A 9:54
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court
       dealing with the same or similar facts involved in this
       action?  YES ( )  NO (✓)
   B.  Have you begun other lawsuits in state or federal court
       relating to your imprisonment?  YES ( )  NO (✓)

   C.  If your answer to A or B is yes, describe each lawsuit
       in the space below.  (If there is more than one lawsuit,
       describe the additional lawsuits on another piece of
       paper, using the same outline.)

       1.  Parties to this previous lawsuit:   N/A
           Plaintiff(s)_____

           Defendant(s)_____

       2.  Court (if federal court, name the district? if   N/A
           state court, name the county)_____

3. Docket number _____ N/A

4. Name of judge to whom case was assigned ___ N/A

5. Disposition (for examples  Was the case dismissed? N/A
   Was it appealed?  Is it still pending?) _____ N/A

6. Approximate date of filing lawsuit _____ N/A

7. Approximate date of disposition _____ N/A

II. PLACE OF PRESENT CONFINEMENT St. Clair Correctional Facility
1000 St. Clair Rd. Springville, AL 35146

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Elmore Correctional Facility
and Draper Correctional Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                                                    ADDRESS
1. Commissioner Culliver Individual + Official capacity    AL DOC
2. Director of Classification Angie Baggett Individual + Official   AL DOC
3. Board of Central Review Vivian McQueen Individual + Official   AL DOC
4. Warden Headley Individual + Official                    AL DOC
5. Warden Cocks Individual + Official                      AL DOC
6. Classification Specialist Brittny Bates Individual + Official   AL DOC

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Nov. 30, 2017
and still being violated everyday.

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Malicious Prosecution

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

In order to conceal the Fact that ALDOC officials, Lt. Waver, Sgt. Golden, Co. Lanier, Co. Green, Co. Clay, Co. Johnson, Transport officer Singleton, Lt. Tippins, and other officers I don't know by name yet, all assaulted and killed inmate Billy Smith infront of the shift office at Elmore Correctional Facility on Nov. 13, 2017. I was arrested without any probable cause "continued on seperate page"

GROUND TWO: Cruel & Unusual Punishment

SUPPORTING FACTS: From Nov. 30, 2017 until Dec. 27, 2017 I was housed in the segregation unit at Draper Correctional Facility under False Charges against me by Commissioner Culliver, Warden Headley, Warden Cooks, Capt. McKee, and Lt. Burks. To conceal the Facts that ALDOC officers assaulted and killed inmate Billy Smith, I am being Framed to cover up their Murder. While I was housed in the segregation unit at Draper Prison I was subjected to most "continued on seperate page"

GROUND THREE: Violation of Substantive and Procedural Due Process Rights

SUPPORTING FACTS: On Nov. 30, 2017 I was served a inmate disciplinary report alleging that I assaulted inmate Billy Smith on Nov. 13, 2017, by Lt. Burks. And, assault that also alleges the death of inmate Billy Smith whom did pass. Dec. 14, 2017 I was arbitrarily, capriciously, and maliciously found guilty of this charge. Hearing officer Capt. McKee violated my Substantive and Procedural Due Process rights when he found me guilty without hearing any Evidence presented "continued on seperate page"

3

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I ask the court to Reverse these arbitrary, capricious, and malicious decisions. Expunge from my file and Parole board and grant me a trial by jury so that I can seek compensatory damages and punitive damages.

*[Signature]* #225319
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on ___10-11-2018___.
(Date)

*[Signature]* #225319
Signature of plaintiff(s)

Ground one: Malicious Prosecution "Continued"

<u>Support</u>: that I assaulted and caused the injuries which resulted in inmate Billy Smith passing. On Nov. 30, 2017 I was falsely charged with an Assault on an Inmate Disciplinary Report by Lt. Burks. On Dec. 14, 2017 I was Arbitrarily, Capriciously, and Maliciously found guilty at a Disciplinary Hearing by Capt. McKee, without any Incident, any Facts, or Evidence presented of what I did to assault inmate Billy Smith. Dec. 21, 2017, the arbitrary, capricious, and malicious finding of guilt on the Disciplinary Hearing Report was approved by Warden Cooks and I was Recommended a Custody Increase Review. Dec. 27, 2017, At this Review, without any incident of what I did to assault and kill inmate Billy Smith I was Recommended the Highest Restrictive Placement "Closed Custody" that an inmate can be assigned by Classification Specialist Brittny Bates and Warden Cooks. Dec. 28, 2017, I was approved "Closed custody" solitary confinement placement with an Arbitrary, Capricious, and Malicious justification by Commissioner Culliver, Director of Classification Angie Baggett, and central review board Vivian McQueen. I have been Maliciously Prosecuted by all to conceal the facts that ALDOC officials assaulted and caused the death of Inmate Billy Smith. There was no probable cause for me to be arrested, found guilty, and placed in Closed Custody solitary confinement for assaulting and causing the death of an inmate that the Alabama Dept. of Corrections know and have all the Evidence against its own officials. Investigations and Intelligence division investigators told me that ALDOC officials assaulted and caused the death of Inmate Billy Smith. The same assault and murder that the Alabama Dept. of Corrections has maliciously Prosecuted me of.

Ground two: Cruel & Unusual Punishment "Continued"

Support: unsanitary living conditions I have ever witnessed in prison. Everyday sewege, waste, and feces would come up thru the cracks in the floor of my cell from the busted pipes beneath the prison. Every single day, all thru out the day waste and feces from the other cells would back up thru the toilet in my cell. Causing my cell to smell and feel like a waste plant. It was absolutely no heat in the segregation unit in almost everyday below freezing temperatures. Everyday I complained about this to the officers and begged and pleaded to see the captain, the Warden, or Mental Health about this treatment. Because, I could not eat or sleep in these conditions. I felt as if I was being driven insane and I never saw anyone that had any authority. I eventually tried to committ suicide by setting my cell on fire because after being found guilty of the false assault charge of a Man that the ADOC officials had actually assaulted and killed and being forced to live in a condemned solitary confinement cell was too much for me to handle. I felt like the Alabama Dept. of Corrections was too much for me to go up against and they had damned me. On Dec. 28, 2017 I was arbitrarily, capriciously, and maliciously reclassed and my custody was increased to ALDOC's highest restrictive security placement "closed custody". Where I have been sentenced to serve atleast 30 months due to this false assault charge placed against me to conceal the fact ALDOC officials assaulted and killed inmate Billy Smith. It is False Imprisonment and Cruel & Unusual Punishment when I was taken out of General Population and given a false charge of which the Alabama Dept. of Corrections have all the Evidence which says ALDOC officials assaulted and killed a Man. Which is imposing an atypical and significant hardship upon me and my family and a grave departure from everyday ordinary incidents of Prison Life by being placed in Solitary confinement and transfered to a Closed Security Facility. And, being placed on a Mental Health caseload.

Ground three: Violation of Substantive and Procedural Due Process

Support: against me at this hearing. Due Process requires that the decision in a prison disciplinary hearing not be arbitrary or capricious. Hearing officer only recorded the concluded charge of assault on an inmate given by the investigating officer. And, Hearing officer only recorded the determination of reliability given by the investigating officer. Hearing officer did not even hear-hearsay of what I alledgely did to assault and kill an inmate. Hearing officer knew the inmate was dead and Hearing officer knew that I and I division was investigating its own ALDOC officials behind assaulting and causing the death of inmate Billy Smith. Hearing officer violated my Due Process of having any Evidence presented against me to make his Finding of Facts because he already knew that all the Evidence says that ALDOC officials assaulted and killed inmate Billy Smith. Dec. 21, 2017 The arbitrary, capricious, and malicious decision was approved by Warden Cooks. On Dec. 28, 2017 Commissioner Culliver, Director of Classification Angie Baggett, and Central Review Board Vivian McQueen made an arbitrary, capricious, and malicious decision when they approved my custody to be increased to "closed custody" solitary confinement, the most Restrictive custody an inmate can be assigned. Due Process and State Laws and Rules and Regulations give me a right not to be sentenced to atleast 30 months closed custody without being provided the necessary procedures. I was given an arbitrary, capricious, and malicious required justification when I was approved closed custody with No-Incident of what I did to assault and cause the death of inmate Billy Smith. All because Commissioner Culliver and the Dept. of Corrections know that I didn't assault and kill inmate Billy Smith. And, also has Evidence the ALDOC officials assaulted and killed inmate Billy Smith. I and I division has written and taped confessions from officers, has statements of officers that was present, and statements from inmates that was present and witnessed ALDOC officials assault and kill inmate Billy Smith. I have lost Great Liberty Interest in being denied Due Process by not having any Incident, any Facts, or any Evidence presented to me of what I did to assault and kill a Man and still be found guilty at a disciplinary hearing, approved by the Warden, and placed in closed custody solitary confinement for atleast 30 months. And, this is imposing an atypical and significant hardship upon me and a grave departure from everyday ordinary incidents of Prison Life. A copy of these arbitrary, capricious, and malicious decisions has also been sent to the Board of Pardons and Parole, where I am one day hoping to make parole.

# Full list of all Individuals that violated my Constitutional Rights

① Commissioner Culliver, Individual & Official capacity —
② Director of Classification Angie Baggett, Individual & Official capacity —
③ Central Review Board, Vivian McQueen, Individual & Official capacity —
④ Warden Headley, Individual & Official capacity — Elmore Correctional Fac.
⑤ Warden Cooks, Individual & Official capacity — Draper Correctional Fac.
⑥ Classification Specialist Brittny Bates, Individual & Official capacity — Draper Correctional Fac.
⑦ Captain McKee, Individual & Official capacity — Elmore Correctional Fac.
⑧ Lt. W.M. Burks, Individual & Official capacity — Elmore Correctional Fac.

All Individuals, as far as I know, still works for the Alabama Dept. of Corrections. And, I am still being violated by all.

Bryan Blast
1000 St. Clair Rd. B26-1A
St. Clair Correctional Fac.
Springville, AL 35146

United States Middle District Court
1st Church St. Suite B-110
Montgomery, AL 36104

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the ADOC is not responsible for the substance or content of the enclosed communication."

