# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

BRYAN BLOUNT, AIS #225319,    )
                                                  )

       Plaintiff,    )
                                                  )

vs.    )     CASE NO. CV18-970-WHA
                                                  )

COMMISSIONER CULLIVER,    )
et al.,    )
                                                  )

       Defendants.    )

## AFFIDAVIT OF SUPERVISORY AGENT WILLIAM D. FAVOR

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared William D. Favor, who being known to me and being by me first duly sworn, deposes and says under oath as follows:

1.    My name is William D. Favor, I am over the age of 18, and am competent to make the following statements which are based upon personal knowledge.

2.    I am a Supervisory Agent with the Alabama Department of Corrections' ("ADOC") Investigations and Intelligence Division ("I&I"). I have been in law enforcement for 24 years, and have 15 years experience as an investigator.

3.    I am the Agent in charge of the death investigation of Billy Smith at the Elmore Correctional Facility that is referenced in the Plaintiff's Complaint.

4.    After conducting an investigation into Inmate Smith's death using proper investigative protocols, I referred a manslaughter charge against the Plaintiff, Bryan Blount, to the Elmore County District Attorney's office in February 2019.

5.    The grand jury returned manslaughter indictments on Bryan Blount and

Corrections Officer Jeremy Singleton on July 12, 2019, but I was not made aware of the indictments until more than a week after they were returned.

6.      True and correct copies of the indictments I received are attached to this affidavit.

7.      The indictments were the result of my investigation which included reviewing the video from dormitory A-2; reviewing numerous documents; interviewing inmates, corrections officials, and health care providers; and reviewing the autopsy report of Billy Smith done by Dr. Steven Boudreau.

8.      Based upon all of the evidence and my training and experience in conducting investigations, I concluded, and the grand jury found probable cause to believe, that Bryan Blount caused the death of Billy Smith.  The facts surrounding Billy Smith's death are set forth in the following paragraphs.

9.      On November 19, 2017, at approximately 5:46 p.m., Bryan Blount and Billy Smith became involved in an altercation in dormitory A-2 at the Elmore Correctional Facility in Elmore County, Alabama.

10.     The altercation resulted from a dispute involving Blount accusing Smith of shorting him some synthetic marijuana that was supposed to have been smuggled into Elmore Correctional Facility by Smith.

11.     After exchanging blows in the bed area of the dormitory, Smith ran to the front door of the dorm with Blount and another inmate in pursuit.  At the front of the dorm, Blount struck Smith multiple times, at least once in the head area, causing Smith to fall and strike his head on the concrete floor.

12.     Video and the statements of three inmate witnesses corroborate how the altercation occurred and the identities of the inmates involved.  Witness corroboration was

2

necessary because the video – true and correct copies of which have been provided to defense counsel for inclusion with the Special Report – shows the events of the altercation between Blount and Smith, but are not of sufficient quality to confirm the identities of the participants.

13. Smith was taken to the shift office where, witnesses allege, correctional officers mistreated Smith by slapping, punching, and strapping him to a gurney. Apparently out of a belief that Smith was under the effect of drugs, the officers also delayed getting medical treatment for Smith.

14. Smith was eventually taken to the Staton health care unit where he was evaluated and ordered transported to Jackson Hospital's emergency room. At Jackson he was treated for a fractured skull and a large hematoma to the left temporal area of his head.

15. Billy Smith died at Jackson Hospital on December 9, 2017, at approximately 4:30 a.m. as a result of his injuries.

16. The results of the post mortem conducted by Dr. Boudreau were that Smith died from a blow to the head that fractured his skull and eventually caused a mid-line shift of his brain.

17. Dr. Boudreau was provided all of the facts related to the events on November 13, 2017 – including the subsequent mistreatment by corrections officers – and concluded that it was the original attack by Blount that caused the fatal injury.

I SWEAR OR AFFIRM THAT THE ABOVE AND FOREGOING REPRESENTATIONS ARE
TRUE AND CORRECT TO THE BEST OF MY INFORMATION AND KNOWLEDGE.

8 /26/2019
_____
Date

_____
William D. Favor

**STATE OF ALABAMA** )
)
**COUNTY OF MONTGOMERY** )

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND

OFFICIAL SEAL THIS _26th_ DAY OF _August_ 2019.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:

Kimberly C. Singleton
Notary Public Alabama State at Large
My Commission Expires October 13, 2021

4

DOCUMENT 1

GJ 19-420
CC-19-581
(F)

# INDICTMENT

Elmore County —— JULY 2019 —— Grand Jury # 124

## *THE STATE OF ALABAMA*

vs.

### *BRYAN A. BLOUNT*

Hair: BLK    Eyes: BRO    Height: 6  ft. 2  in.  Weight: 200    DOB: ▮▮▮▮▮▮
Address: LIMESTONE CORRECTIONAL, AIS #225319, HARVEST, AL 35749

SSN#: ▮▮▮▮▮▮          Race: B      Sex: M

**CHARGES**

1. MANSLAUGHTER

**WITNESSES**

KELLY COLE
INV. W.D. FAVOR
JAMES FULLER
MICHAEL HAMMETT
WARDEN J. HEADLEY
OFFICER J. MCCLEASE
LT. GERALD TIPPINS
INV. T.A. WALLACE

A TRUE BILL _____

Foreperson Grand Jury

Presented to the presiding Judge in open
Court by the Foreperson of the Grand Jury.

and filed by order of the Court this the 12th

day of JULY, 2019.

Clerk

Bail fixed at $ 20,000

this the 12th day of JULY, 2019.

Circuit Judge

District Court Bond Amount $_____

DEFENDANT *HAS/HAS NOT* POSTED
BOND IN DISTRICT COURT

DOCUMENT 1

# INDICTMENT

### THE STATE OF ALABAMA, ELMORE COUNTY

### CIRCUIT COURT - NINETEENTH JUDICIAL CIRCUIT

The Grand Jury of Elmore County charge that, before the finding of the indictment,
**BRYAN A. BLOUNT**

Whose true name is to the Grand Jury unknown, otherwise than as stated,

did recklessly cause the death of BILLY M. SMITH by punching him in the head causing him to fall and hit his head on the concrete floor, in violation of Section 13A-6-3(a)(1), Code of Alabama, 1975,

AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

Randall V. Houston
District Attorney

DOCUMENT 2

ACR380
ALABAMA JUDICIAL DATA CENTER
GRAND JURY OF ELMORE COUNTY
WARRANT OF ARREST

GJ 2019 000420.00
TERM #: DA#124

TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF ALABAMA:

AN INDICTMENT HAS BEEN RETURNED BY THE GRAND JURY OF ELMORE COUNTY

AGAINST          BLOUNT BRYAN A
                 AIS #225319
                 LIMESTONE CORRECTIONAL
                 HARVEST          AL 35749-0000

CHARGING THE OFFENSE OF:

    MANSLAUGHTER-RECKLES  13A-006-003(A)(1)     CNTS:   1

YOU ARE THEREFORE ORDERED TO ARREST THE PERSON NAMED ABOVE AND BRING THAT

PERSON BEFORE A JUDGE OR MAGISTRATE OF THIS COURT TO ANSWER THE CHARGES

AGAINST THAT PERSON AND HAVE WITH YOU THEN AND THERE THE WARRANT OF ARREST

WITH YOUR RETURN THEREON.  IF A JUDGE OF MAGISTRATE OF THIS COURT IS

UNAVAILABLE, OR IF THE ARREST IS MADE IN ANOTHER COUNTY, YOU SHALL TAKE

THE ACCUSED PERSON BEFORE THE NEAREST OR MOST ACCESSIBLE JUDGE OF

MAGISTRATE IN THE COUNTY OF ARREST.

   BOND SET AT:       $20,000.00

DATE ISSUED: 07/17/2019   MICHAEL DOZIER          BY _____
                          CLERK

EXECUTED THIS 7/26/19 (26th) DAY OF _July_____, 2019. BY

ARRESTING THE WITHIN NAMED DEFENDANT BryAN BlouNt

                                    LAW ENFORCEMENT OFFICER

                                    BY: _Scott A.E._____

DEFENDANT'S FEATURES:

HT: 6'02"  HAIR: BLK   DOB: _____

WT: 200  SEX: M   EYE: BRO   RACE: B
SSN: _____

ADDTL COMMENTS: Please bring
ASAP & return to Elmore
County.  Thanks!

07/17/2019 TOM

EJ 19-506
CC-19-691
F

# INDICTMENT

Elmore County ——— JULY 2019 ——— Grand Jury # 266

## THE STATE OF ALABAMA

vs.

### JEREMY A. SINGLETON

Hair: BLK    Eyes: BRO    Height: 5    ft. 11    in.    Weight: 240    DOB: ~~███~~

Address: 254 LYNWOOD DRIVE - APT. B, MONTGOMERY, AL 36105

SSN#: ~~███~~                    Race: B    Sex: M

CHARGES

1. MANSLAUGHTER

A TRUE BILL _(signature)_

Foreperson Grand Jury

Presented to the presiding Judge in open
Court by the Foreperson of the Grand Jury.

and filed by order of the Court this the 12th

day of JULY, 2019.

_(signature)_

Clerk

Bail fixed at $ 20,000

this the 12th day of JULY, 2019.

_(signature)_

Circuit Judge

District Court Bond Amount $_____

DEFENDANT *HAS/HAS NOT* POSTED
BOND IN DISTRICT COURT

# INDICTMENT

### THE STATE OF ALABAMA, ELMORE COUNTY
### CIRCUIT COURT - NINETEENTH JUDICIAL CIRCUIT

The Grand Jury of Elmore County charge that, before the finding of the indictment,
**JEREMY A. SINGLETON**
Whose true name is to the Grand Jury unknown, otherwise than as stated,

did recklessly cause the death of BILLY M. SMITH by striking him multiple times on or about his head and/or face and/or kicking his feet out from under him causing him to fall on the ground and/or failing to seek medical attention for BILLY M. SMITH for an extended period of time, in violation of Section 13A-6-3(a)(1), Code of Alabama, 1975.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

> Randall V. Houston
> District Attorney

ACR38C

### ALABAMA JUDICIAL DATA CENTER
### GRAND JURY OF ELMORE COUNTY
### WARRANT OF ARREST

GJ 2019 000526.00
TERM #: DA#266

TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF ALABAMA:

AN INDICTMENT HAS BEEN RETURNED BY THE GRAND JURY OF ELMORE COUNTY

AGAINST          SINGLETON JEREMY A.

        MONTGOMERY      AL 36105-0000

CHARGING THE OFFENSE OF:

    MANSLAUGHTER-RECKLESS  13A-006-003(A)(1)      CNTS:    1

YOU ARE THEREFORE ORDERED TO ARREST THE PERSON NAMED ABOVE AND BRING THAT

PERSON BEFORE A JUDGE OR MAGISTRATE OF THIS COURT TO ANSWER THE CHARGES

AGAINST THAT PERSON AND HAVE WITH YOU THEN AND THERE THE WARRANT OF ARREST

WITH YOUR RETURN THEREON.  IF A JUDGE OF MAGISTRATE OF THIS COURT IS

UNAVAILABLE, OR IF THE ARREST IS MADE IN ANOTHER COUNTY, YOU SHALL TAKE

THE ACCUSED PERSON BEFORE THE NEAREST OR MOST ACCESSIBLE JUDGE OF

MAGISTRATE IN THE COUNTY OF ARREST.

BOND SET AT:       $20,000.00

DATE ISSUED: 07/17/2019   MICHAEL DOZIER          BY
                             CLERK

EXECUTED THIS _____ O2 _____ DAY OF _____ August _____, 2019, BY

ARRESTING THE WITHIN NAMED DEFENDANT  _Placed in Jail_

                                    D.S. Z-29

             LAW ENFORCEMENT OFFICER

             BY:

DEFENDANT'S FEATURES:

HT: 5'11"  HAIR: BLK   DOB:

WT: 240  SEX: M   EYE: BRO  RACE: B

SSN:
                                    JUL 2019

ADDTL COMMENTS: _____

07/17/2019 TOM

44