Alabama Department of Corrections                                    **DISC001**

# DISCIPLINARY REPORT

## 403A (1-4)

**Incident Report Number:**     ELMCF-17-03033                                    **Re-Initiation**

1. **Inmate:**     BLOUNT, BRYAN ALEXANDER            **Custody:**     MEDIUM            **AIS:** 00225319

2. **Institution:**     DRAPER CORRECTIONAL CENTER                           **Disc #:** ELMCF-17-03033-1

3. **The above inmate is being charged by:**           W. M. Burks III, Correctional Lieutenant

   **with a violation of the following Rule(s):**

   906 - Assault on an Inmate

   **From Administrative Regulation #403, which occured on or about:**

   Nov 30 2017  9:00AM at Elmore Shift Office

   **A hearing on this charge will be held after 24 hours from being served.**

4. **Circumstances of the violation(s) are as follows:**

   On November 30, 2017, at approximately 9:00a.m., Correctional Lieutenant W. M. Burks III received information that inmate Bryan A. Blount BM/225319, assaulted inmate Billy M. Smith WM/250398, on November 13, 2017. The information was received from several confidential sources. The confidential sources have been used several times before. The information provided in the past has been truthful. Other information has been received to corroborate the confidential sources' given information. The information uncovered during the investigation has not given the confidential sources a reason to lie. The information from the confidential sources is reliable.

   _11/30/2017_                                    W. M. Burks III, Correctional Lieutenant / Lieutenant
   Date                                           Arresting Officer Name / Title

5. I hereby certify that on this _8th_ day of _December_, 20 _17_, at (time) _1:58_ ( am /pm ), I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

   _____                  _____ 225319
   Serving Officer Name / Title              Inmate's Signature / AIS Number

6. **Witnesses desired?**     NO: _____          YES: _____
                              Inmate's Signature              Inmate's Signature

7. **If yes, list:**     AIS: _____     **NAME:** _Officer J. McClease_

                         AIS: _220898_    **NAME:** _Paul Smith_

                         AIS: _248891_    **NAME:** _Justin Mayes_

Alabama Department of Corrections

**DISC002**

# DISCIPLINARY REPORT

403A (5-7)

| | | | |
|---|---|---|---|
| Incident Report Number: ELMCF-17-03033 | | | **Re-Initiation** |

1. Inmate:  BLOUNT, BRYAN ALEXANDER        Custody:  MEDIUM         AIS: 00225319

2. Institution:  DRAPER CORRECTIONAL CENTER                       Disc #: ELMCF-17-03033-1

3. The above inmate is being charged by:        W. M. Burks III, Correctional Lieutenant

   with a violation of the following Rule(s):

   906 - Assault on an Inmate

   From Administrative Regulation #403, which occured on or about:

   Nov 30 2017  9:00AM at Elmore Shift Office

   A hearing on this charge will be held after 24 hours from being served.

4. Circumstances of the violation(s) are as follows:

   On November 30, 2017, at approximately 9:00a.m., Correctional Lieutenant W. M. Burks III received information that inmate Bryan A. Blount BM/225319, assaulted inmate Billy M. Smith WM/250398, on November 13, 2017. The information was received from several confidential sources. The confidential sources have been used several times before. The information provided in the past has been truthful. Other information has been received to corroborate the confidential sources' given information. The information uncovered during the investigation has not given the confidential sources a reason to lie. The information from the confidential sources is reliable.

   | 11/30/2017 | W. M. Burks III, Correctional Lieutenant / Lieutenant |
   |---|---|
   | Date | Arresting Officer Name / Title |

5. I hereby certify that on this 8th day of December, 2017, at (time) 13:58:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

   | Oliver, Ulysses | See Signed 403A (1-4) |
   |---|---|
   | Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. Witnesses desired?       NO: _____        **YES:** See Signed 403A (1-4)
   |  | Inmate's Signature |  | Inmate's Signature |
   |---|---|---|---|

7. If yes, list:    MAYES, JUSTIN MYLES / 00248891B
                     McClease, Joel
                     SMITH, PAUL / 00220886R

Alabama Department of Corrections

**DISC005**

## DISCIPLINARY REPORT

Hearing Worksheet

Incident Report Number:   ELMCF-17-03033

**Re-Initiation**

1. Inmate:   BLOUNT, BRYAN ALEXANDER            Custody:   MEDIUM

AIS: 00225319

2. Institution:   DRAPER CORRECTIONAL CENTER

Disc #: ELMCF-17-03033-1

3. The above inmate is being charged by:            W. M. Burks III, Correctional Lieutenant

with a violation of the following Rule(s):

906 - Assault on an Inmate

From Administrative Regulation #403, which occured on or about:

Nov 30 2017  9:00AM at Elmore Shift Office

**A hearing on this charge will be held after 24 hours from being served.**

4. Circumstances of the violation(s) are as follows:

On November 30, 2017, at approximately 9:00a.m., Correctional Lieutenant W. M. Burks III received information that inmate Bryan A. Blount BM/225319, assaulted inmate Billy M. Smith WM/250398, on November 13, 2017. The information was received from several confidential sources. The confidential sources have been used several times before. The information provided in the past has been truthful. Other information has been received to corroborate the confidential sources' given information. The information uncovered during the investigation has not given the confidential sources a reason to lie. The information from the confidential sources is reliable.

| | |
|---|---|
| 11/30/2017 | W. M. Burks III, Correctional Lieutenant / Lieutenant |
| Date | Arresting Officer Name / Title |

5. I hereby certify that on this 8th day of December, 2017, at (time) 13:58:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

| | |
|---|---|
| Oliver, Ulysses | See Signed 403A (1-4) |
| Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. Witnesses desired?   NO: _____            YES: See Signed 403A (1-4)

Inmate's Signature                                          Inmate's Signature

7. If yes, list:   MAYES, JUSTIN MYLES / 00248891B

McClease, Joel

SMITH, PAUL / 00220888R

8. Hearing Date: _12-14-17_   Time: _4:00pm_   Place: _Draper Segregation Unit_

9. Inmate must be present in Hearing Room. If he/she (is) not present, explain in detail on additional page and attach.

10. The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.

_ChaMcLeas_
Hearing Officer Name / Title

11. A finding is made that the inmate ( is / is not ) capable of representing himself / herself.

_ChaMcLeas_
Hearing Officer Name / Title

12. Plea: _____   Guilty            _Kynall 2253M_   **Not Guilty**

13. Arresting Official's testimony (at the hearing): _____

Alabama Department of Corrections

**DISC003**

## DISCIPLINARY REPORT

403A (8-20)

| | |
|---|---|
| **Incident Report Number:** ELMCF-17-03033 | **Re-Initiation** |
| **1. Inmate:** BLOUNT, BRYAN ALEXANDER   **Custody:** MEDIUM | **AIS:** C0225319 |
| **2. Institution:** DRAPER CORRECTIONAL CENTER | **Disc #:** ELMCF-17-03033-1 |

**3. The above inmate is being charged by:**   W. M. Burks III, Correctional Lieutenant

with a violation of the following Rule(s):

906 - Assault on an Inmate

From Administrative Regulation #403, which occured on or about:

Nov 30 2017  9 00AM at Elmore Shift Office

A hearing on this charge will be held after 24 hours from being served.

**4. Circumstances of the violation(s) are as follows:**

On November 30, 2017, at approximately 9:00a.m., Correctional Lieutenant W. M. Burks III received information that inmate Bryan A. Blount BM/225319, assaulted inmate Billy M. Smith WM/250398, on November 13, 2017. The information was received from several confidential sources. The confidential sources have been used several times before. The information provided in the past has been truthful. Other information has been received to corroborate the confidential sources' given information. The information uncovered during the investigation has not given the confidential sources a reason to lie. The information from the confidential sources is reliable.

| | |
|---|---|
| 11/30/2017 | W. M. Burks III, Correctional Lieutenant / Lieutenant |
| Date | Arresting Officer Name / Title |

**5.** I hereby certify that on this 8th day of December, 2017, at (time) 13:58:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

| | |
|---|---|
| Oliver, Ulysses | See Signed 403A (1-4) |
| Serving Officer Name / Title | Inmate's Signature / AIS Number |

**6. Witnesses desired?**   **NO:** _____   **YES:** See Signed 403A (1-4)

| Inmate's Signature | Inmate's Signature |
|---|---|

**7. If yes, list:**   MAYES, JUSTIN MYLES / 00248891B

McClease, Joel

SMITH, PAUL / 00220888R

**8. Hearing Date:** December 14, 2017   **Time:** 16:00:00   **Place:** Draper Segregation Unit

**9. Inmate must be present in Hearing Room. If he / she is not present, explain in detail on additional page and attach.**

**10. The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.**

| |
|---|
| McKee, Charles |
| Hearing Officer Name / Title |

**11. A finding is made that the inmate is capable of representing himself / herself.**

| |
|---|
| McKee, Charles |
| Hearing Officer Name / Title |

**12. Plea:** BLOUNT, BRYAN ALEXANDER / 00225319   **Not Guilty**

**13. Arresting Official's testimony (at the hearing):**

Alabama Department of Corrections                                    **DISC003**

## DISCIPLINARY REPORT CONTINUATION ELMCF-17-03033-1

### 403A (8-20)

On 11/30/17 at approximately 9:00am, I received information that inmate Blount assaulted inmate Billy Smith on November 13, 2017. The information that I received was from several confidential sources that have been used in the past and proven reliable. I also received additional information to corroborate the confidential sources information. The information uncovered during my investigation has given the confidential source no reason to give false information. My source information is reliable.

QBHO: Have your confidential source been used in the past? Yes
QBHO: Were your confidential source present at the time of the incident? Yes
QBHO: Who did your confidential source identify as the suspect? Inmate Bryan Blount
QBHO: How was inmate Blount identified? Via photo Line-up
QBHO: How many time has your confidential source been used in the past? approximatel 10 times.

**14. Inmate's testimony:**

·" I Bryan Blount did not assault inmate Billy Smith".

Inmate Blount has questions for A.O. and witness attached.

**15. The inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.**

McKee, Charles
_____
Hearing Officer Name / Title

**16. The following witnesses were not called:**

| | |
|---|---|
| **Witness:** | MAYES, JUSTIN MYLES / 00248891B |
| **Reason Not Called:** | Justin Mayes voluntarily declined to appear. However, Justion Mayes did give a written statement, which denotes no direct knowledge of this incident. See attach statement. |
| **Witness:** | McClease, Joel |
| **Reason Not Called:** | Joel McClease decline to appear voluntarily. However, Joel McClease did give a written statement, which denotes no direct knowledge of this incident. See attached statement |
| **Witness:** | SMITH, PAUL / 00220888R |
| **Reason Not Called:** | Paul Smith declined to appear voluntarily. However, Paul Smith did give a written statement, which denotes no direct knowledge of this incident. See attached statement. |

**17. After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):**
The hearing Officer finds that:
Hearing Officer finds that Lt. Burks received information from an reliable source that inmate Blount did assault inmate Billy Smith.

**18. Basis for finding of fact:**
Hearing Officer findings are based on the sworn testimony of Lt. Burks who stated under oath that his reliable sources did provide credible information that inmate Blount did assault inmate Billy Smith. Lt Burks sources have been used in the past approximately 10 times, were present at the time of the incident, have been proven reliable in the past. Also, Lt. Burks sources gave him no reason to blieve they were giving false information. Inmate Blount did have witnesses listed. However, they voluntarily declined to attend hearing but did provide written statements. Written statements presented did not support inmate Blount not guilty plea. Inmate Listed as witnesses had not direct knowledge of the incident. Furthermore, inmate Blount did present questions for Arresting Officer and Witnesses. However, Hearing Officer beleives questions were not a credible enough defense to support inmate Blount not guilty plea.

**19. Hearing Officer's decision:**   [ X ] Guilty   [  ] Not Guilty   [  ] **Recommend for reinitiation**

**20. Hearing Officer's recommendation of sanction(s) to be taken against this inmate:**

| | | |
|---|---|---|
| [  ] | Counseling / Warning | |
| [  ] | Extra Duty for _____ days at _____ hours per day under supervision _____ Shift | |
| [  ] | Loss of Outside privileges for _____ days | **Community Based Institutions Only:** |
| [ X ] | Loss of Canteen privileges for 45 days | [  ] Draw cut to _____ (min $25) for __ days |
| [ X ] | Loss of Telephone privileges for 45 days | [  ] Restriction / State Whites for _____ days |
| [ X ] | Loss of Visiting privileges for 45 days | [  ] Loss of Passes for _____ days |
| [  ] | Removal from Hobby Craft | [  ] Return to Inmate Staff for _____ days |
| [  ] | Loss of Good Time _____ yrs _____ mths _____ dys | |
| [ X ] | Disciplinary Seg for 45 days | |

Alabama Department of Corrections

**DISC003**

**DISCIPLINARY REPORT CONTINUATION ELMCF-17-03033-1**

403A (8-20)

[ X ]  **Recommend Custody Review**

[   ]  **Recommend Job Change**

[   ]  **Financial Compensation for** _____

McKee, Charles
Hearing Officer Name / Title

QUESTIONS TO LT BURKES FROM INMATE BLOUNT

How many times has your sources been used in past? Approximately 10

Where is it that I assaulted Billy Smith in dorm A-2?
IN THE BATHROOM

What did I use to assault Billy Smith? unknown

~~Am I~~ What other evidence corroborate your witnesses
statement? several other inmates to include my Reliable sources
I Identified INMATE Blount

Alabama Department of Corrections

## OFFICER WRITTEN STATEMENT

Incident Number: _____
Date of Incident: _____

Sworn Statement:

I, _Joel J. McClese_ (Full Name) want to make the following statement under oath:

I have not been threatened, intimidated, or coerced in any way in reference to this statement.

Officer McClese and officer J. Johnson
were in the cube getting ready for count
someone knock on the cell window and
said a inmate was in the bathroom
officer Johnson and myself went
to the bathroom officer McClese called
shift office for a shakedown gun. It was
taken to the shift office.

I make this statement of my own free will and accord.

_Joel J. McClese_                    _Joel J. McClese_                    _12-14-17_
(Printed Name)                       (Signature)                          (Date)

When additional pages are utilized, the statement will be concluded on another copy of this form, be
initialed by the employee making this statement, and numbered as "Page ___ of ___ pages."

_____
(Initials)

Page: ___ of ___ pages

Alabama Department of Corrections

## INMATE WRITTEN STATEMENT

Incident Number: _____
Date of Incident: _____

Sworn Statement:

I, _Paul Smith_____ want to make the following statement under oath:
(Name)

I have not been threatened, intimidated, or coerced in any way in reference to this statement.

I Do not nothing about any happen in AZ

I make this statement of my own free will and accord.

_Paul Smith_____     _____     _12-14-17_
(Printed Name)                (Signature)         (Date)

When additional pages are utilized, the statement will be concluded on another copy of this form, be initialed by the employee making this statement, and numbered as "Page ___ of ___ pages."

_____
(Initials)

Page: ___ of ___ pages

Alabama Department of Corrections

## INMATE WRITTEN STATEMENT

Incident Number: _____
Date of Incident: _____

Sworn Statement:

I . _Justin Mayes_____ want to make the following statement under oath:
     (Name)

I have not been threatened, intimidated, or coerced in any way in reference to this statement.

I Justin Myles Mayes AI#248891 do not
know anything about or seen anything
about the matter at hand.

I make this statement of my own free will and accord.

_Justin Mayes_          _Just Mayes_          _12-14-17_
(Printed Name)            (Signature)              (Date)

When additional pages are utilized, the statement will be concluded on another copy of this form, be initialed by the employee making this statement, and numbered as "Page ___ of ___ pages."

_____
      (Initials)

Page: ____ of ___ pages

"Questions" "Assault"   Disc # ELMCF-17-03033-1

Officer McClease

1. On the night that Billy Smith was assaulted was you the officer working dorm A-2? __Yes__ cm

2. Was you the officer that radied in the code for Billy Smith to go to medical? __Yes__ cm

3. Officer McClease, Did you code that Billy Smith was assaulted? According to statement presented, officer Mcclease observed an inmate down in the bathroom

4. Officer McClease, Did any inmate tell you that Billy Smith was assaulted before you called the code? _____

5. Officer McClease, From your up close view did Billy Smith look like he had been assaulted? _____

Paul Smith

1. Was you with me the night that Billy Smith was assaulted? __No knowledge according to written statement__

2. Did I assault Billy Smith? No knowledge according to written statement presented

3. Who did you hear assaulted Billy Smith? _____ No knowledge according to written statement presented

Questions "Continued" "Assault" Disc# EIMCF-17-03033-1

Justin Mayes

1. Were you with me the night that Billy Smith was assaulted? <u>No Knowlege Based on written STATement Presented</u>

2. Did I assault Billy Smith? <u>No Knowlege Based on written STATement Presented</u>

3. What Kind of relationship did I have with Billy Smith good or bad? <u>No Knowlege Based on written STATement Presented</u>

4. Who did you hear assault Billy Smith? <u>No Knowlege Based on written STATement Presented</u>

Alabama Department of Corrections

**DISC004**

### DISCIPLINARY REPORT

403A Warden Decision

Incident Report Number:   ELMCF-17-03033

**Re-Initiation**

1. Inmate:   BLOUNT, BRYAN ALEXANDER          Custody:   MEDIUM          AIS: 00225319

2. Institution:   DRAPER CORRECTIONAL CENTER          **Disc #:** ELMCF-17-03033-1

3. The above inmate is being charged by:          W. M. Burks III, Correctional Lieutenant

   with a violation of the following Rule(s):

   906 - Assault on an Inmate

   From Administrative Regulation #403, which occured on or about:

   Nov 30 2017  9:00AM at Elmore Shift Office

   A hearing on this charge will be held after 24 hours from being served.

4. Circumstances of the violation(s) are as follows:

   On November 30, 2017, at approximately 9:00a.m., Correctional Lieutenant W. M. Burks III received information that inmate Bryan A. Blount BM/225319, assaulted inmate Billy M. Smith WM/250398, on November 13, 2017. The information was received from several confidential sources. The confidential sources have been used several times before. The information provided in the past has been truthful. Other information has been received to corroborate the confidential sources' given information. The information uncovered during the investigation has not given the confidential sources a reason to lie. The information from the confidential sources is reliable.

   | 11/30/2017 | W. M. Burks III, Correctional Lieutenant / Lieutenant |
   |---|---|
   | Date | Arresting Officer Name / Title |

5. I hereby certify that on this 8th day of December, 2017, at (time) 13:58:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

   | Oliver, Ulysses | See Signed 403A (1-4) |
   |---|---|
   | Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. Witnesses desired?          NO: _____          YES: See Signed 403A (1-4)
   
   Inmate's Signature                              Inmate's Signature

7. If yes, list:   MAYES, JUSTIN MYLES / 00248891B
                   McClease, Joel
                   SMITH, PAUL / 00220888

8. Hearing Date:   December 14, 2017    Time:   16:00:00    Place:   Draper Segregation Unit

9. Inmate must be present in Hearing Room. If he / she is not present, explain in detail on additional page and attach.

10. The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.

    | McKee, Charles |
    |---|
    | Hearing Officer Name / Title |

11. A finding is made that the inmate is capable of representing himself / herself.

    | McKee, Charles |
    |---|
    | Hearing Officer Name / Title |

12. Plea:          BLOUNT, BRYAN ALEXANDER / 00225319          **Not Guilty**

13. Arresting Official's testimony (at the hearing):

Alabama Department of Corrections                                           **DISC004**

## DISCIPLINARY REPORT CONTINUATION ELMCF-17-03033-1

### 403A Warden Decision

On 11/30/17 at approximately 9:00am, I received information that inmate Blount assaulted inmate Billy Smith on November 13, 2017. The information that I received was from several confidential sources that have been used in the past and proven reliable. I also received additional information to corroborate the confidential sources information. The information uncovered during my investigation has given the confidential source no reason to give false information. My source information is reliable.

QBHO: Have your confidential source been used in the past? Yes
QBHO: Were your confidential source present at the time of the incident? Yes
QBHO: Who did your confidential source identify as the suspect? Inmate Bryan Blount
QBHO: How was inmate Blount identified? Via photo Line-up
QBHO: How many time has your confidential source been used in the past? approximatel 10 times.

**14. Inmate's testimony:**

" I Bryan Blount did not assault inmate Billy Smith".

Inmate Blount has questions for A.O. and witness attached.

**15. The inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.**

McKee, Charles
Hearing Officer Name / Title

**16. The following witnesses were not called:**

Witness:               MAYES, JUSTIN MYLES / 00248891B
Reason Not Called:     Justin Mayes voluntarily declined to appear. However, Justion Mayes did give a written statement, which
                       denotes no direct knowledge of this incident. See attach statement.

Witness:               McClease, Joel
Reason Not Called:     Joel McClease decline to appear voluntarily. However, Joel McClease did give a written statement, which
                       denotes no direct knowledge of this incident. See attached statement.

Witness:               SMITH, PAUL  / 00220888
Reason Not Called:     Paul Smith declined to appear voluntarily. However, Paul Smith did give a written statement, which denotes no
                       direct knowledge of this incident. See attached statement.

**17. After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):**

The hearing Officer finds that:

Hearing Officer finds that Lt. Burks received information from an reliable source that inmate Blount did assault inmate Billy Smith.

**18. Basis for finding of fact:**

Hearing Officer findings are based on the sworn testimony of Lt. Burks who stated under oath that his reliable sources did provide credible information that inmate Blount did assault inmate Billy Smith. Lt Burks sources have been used in the past approximately 10 times, were present at the time of the incident, have been proven reliable in the past. Also, Lt. Burks sources gave him no reason to blieve they were giving false information. Inmate Blount did have witnesses listed. However, they voluntarily declined to attend hearing but did provide written statements. Written statements presented did not support inmate Blount not guilty plea. Inmate Listed as witnesses had not direct knowledge of the incident. Furthermore, inmate Blount did present questions for Arresting Officer and Witnesses. However, Hearing Officer beleives questions were not a credible enough defense to support inmate Blount not guilty plea.

**19. Hearing Officer's decision:**     [ X ] Guilty     [   ] Not Guilty     [   ] Recommend for reinitiation

**20. Hearing Officer's recommendation of sanction(s) to be taken against this inmate:**

[   ] Counseling / Warning

[   ] Extra Duty for ____ days at _____ hours per day under supervision _____ Shift

[   ] Loss of Outside privileges for _____ days

[ X ] Loss of Canteen privileges for 45 days, as of 12/21/2017

[ X ] Loss of Telephone privileges for 45 days, as of 12/21/2017

[ X ] Loss of Visiting privileges for 45 days, as of 12/21/2017

[   ] Removal from Hobby Craft

[   ] Loss of Good Time _____ Yrs _____ Mos _____ Dys

**Community Based Institutions Only:**

[   ] Draw cut to __ (min $25) for __ days

[   ] Restriction / State Whites for __ ___ days

[   ] Loss of Passes for _____ days

[   ] Return to Inmate Staff for _____ days

Alabama Department of Corrections                                    **DISC004**

## DISCIPLINARY REPORT CONTINUATION ELMCF-17-03033-1

### 403A Warden Decision

[X] Disciplinary Seg for 45 days

[X] Recommend Custody Review

[ ] Recommend Job Change

[ ] Financial Compensation _____

McKee, Charles
Hearing Officer Name / Title

**21. Warden's Action - Date:**        12/21/2017

Approved        Mary Cooks _____

Disapproved    _____

Other (specify) _____

22. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on this the
27 day of _Dec_ , 20 17 at (time) 11:45 ( am / pm).

23. _Sgt Xmm_                                    _Refuse to Sign_
Serving Officer Name / Title                     Inmate's Signature / AIS Number

Distribution:    Original to Central Records Division
                 Copy to:    I & I (If Federal or State law violated)
                             Inmate Institutional File
                             Board of Pardons and Parole
                             Sentencing Judge (if applicable)

Alabama Department of Corrections          **DISC006**

**DISCIPLINARY REPORT**

403A Final

Incident Report Number:     ELMCF-17-03033                                         **Re-Initiation**

1. Inmate:     BLOUNT, BRYAN ALEXANDER          Custody:   MEDIUM          AIS: 00225319

2. Institution:   DRAPER CORRECTIONAL CENTER                                   **Disc #:** ELMCF-17-03033-1

3. The above inmate is being charged by:          W. M. Burks III, Correctional Lieutenant

with a violation of the following Rule(s):

906 - Assault on an Inmate

From Administrative Regulation #403, which occured on or about:

Nov 30 2017  9:00AM at Elmore Shift Office

A hearing on this charge will be held after 24 hours from being served.

4. Circumstances of the violation(s) are as follows:

On November 30, 2017, at approximately 9:00a.m., Correctional Lieutenant W. M. Burks III received information that inmate Bryan A. Blount BM/225319, assaulted inmate Billy M. Smith WM/250398, on November 13, 2017. The information was received from several confidential sources. The confidential sources have been used several times before. The information provided in the past has been truthful. Other information has been received to corroborate the confidential sources' given information. The information uncovered during the investigation has not given the confidential sources a reason to lie. The information from the confidential sources is reliable.

| 11/30/2017 | W. M. Burks III, Correctional Lieutenant / Lieutenant |
|---|---|
| Date | Arresting Officer Name / Title |

5. I hereby certify that on this 8th day of December, 2017, at (time) 13:58:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

| Oliver, Ulysses | See Signed 403A (1-4) |
|---|---|
| Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. Witnesses desired?        NO: _____          YES: See Signed 403A (1-4)

Inmate's Signature                                      Inmate's Signature

7. If yes, list:     MAYES, JUSTIN MYLES / 00248891B

McClease, Joel

SMITH, PAUL  / 00220888

8. Hearing Date:     December 14, 2017       Time:   16:00:00        Place:   Draper Segregation Unit

9. Inmate must be present in Hearing Room. If he / she is not present, explain in detail on additional page and attach.

10. The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.

McKee, Charles

Hearing Officer Name / Title

11. A finding is made that the inmate is capable of representing himself / herself.

McKee, Charles

Hearing Officer Name / Title

12. Plea: _____ BLOUNT, BRYAN ALEXANDER / 00225319 _____          Not Guilty

13. Arresting Official's testimony (at the hearing):

Alabama Department of Corrections                                    **DISC006**

## DISCIPLINARY REPORT CONTINUATION ELMCF-17-03033-1

### 403A Final

On 11/30/17 at approximately 9:00am, I received Information that Inmate Blount assaulted Inmate Billy Smith on November 13, 2017. The information that I received was from several confidential sources that have been used in the past and proven reliable. I also received additional information to corroborate the confidential sources information. The Information uncovered during my investigation has given the confidential source no reason to give false information. My source information is reliable.

QBHO: Have your confidential source been used in the past? Yes

QBHO: Were your confidential source present at the time of the incident? Yes

QBHO: Who did your confidential source identify as the suspect? Inmate Bryan Blount

QBHO: How was Inmate Blount identified? Via photo Line-up

QBHO: How many time has your confidential source been used in the past? approximatei 10 times.

**14. Inmate's testimony:**

" I Bryan Blount did not assault Inmate Billy Smith".

Inmate Blount has questions for A.O. and witness attached.

**15. The Inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.**

McKee, Charles
--------------------------------------------------------------
Hearing Officer Name / Title

**16. The following witnesses were not called:**

| | |
|---|---|
| **Witness:** | MAYES, JUSTIN MYLES / 00248891B |
| **Reason Not Called:** | Justin Mayes voluntarily declined to appear. However, Justion Mayes did give a written statement, which denotes no direct knowledge of this incident. See attach statement. |
| **Witness:** | McClease, Joel |
| **Reason Not Called:** | Joel McClease decline to appear voluntarily. However, Joel McClease did give a written statement, which denotes no direct knowledge of this incident. See attached statement. |
| **Witness:** | SMITH, PAUL / 00220888 |
| **Reason Not Called:** | Paul Smith declined to appear voluntarily. However, Paul Smith did give a written statement, which denotes no direct knowledge of this incident. See attached statement. |

**17. After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):**

The hearing Officer finds that:

Hearing Officer finds that Lt. Burks received information from an reliable source that inmate Blount did assault inmate Billy Smith.

**18. Basis for finding of fact:**

Hearing Officer findings are based on the sworn testimony of Lt. Burks who stated under oath that his reliable sources did provide credible information that inmate Blount did assault inmate Billy Smith. Lt Burks sources have been used in the past approximately 10 times, were present at the time of the incident, have been proven reliable in the past. Also, Lt. Burks sources gave him no reason to believe they were giving false information. Inmate Blount did have witnesses listed. However, they voluntarily declined to attend hearing but did provide written statements. Written statements presented did not support inmate Blount not guilty plea. Inmate Listed as witnesses had not direct knowledge of the incident. Furthermore, inmate Blount did present questions for Arresting Officer and Witnesses. However, Hearing Officer beleives questions were not a credible enough defense to support inmate Blount not guilty plea.

**19. Hearing Officer's decision:**  [ X ] **Guilty**   [ ] **Not Guilty**   [ ] **Recommend for reinitiation**

**20. Hearing Officer's recommendation of sanction(s) to be taken against this inmate:**

[ ] Counseling / Warning

[ ] Extra Duty for _____ days at _____ hours per day under supervision _____ Shift

[ ] Loss of Outside privileges for _____ days

[ X ] Loss of Canteen privileges for 45 days, as of 12/21/2017

[ X ] Loss of Telephone privileges for 45 days, as of 12/21/2017

[ X ] Loss of Visiting privileges for 45 days, as of 12/21/2017

[ ] Removal from Hobby Craft

**Community Based Institutions Only:**

[ ] Draw cut to __ (min $25) for __ days

[ ] Restriction / State Whites for _____ days

[ ] Loss of Passes for _____ days

[ ] Return to Inmate Staff for _____ days

Run Date: 12/27/2017 11:49:34 AM                                    Page 2 of 4

Alabama Department of Corrections                                    DISC006

## DISCIPLINARY REPORT CONTINUATION ELMCF-17-03033-1

### 403A Final

☐ Loss of Good Time _____ Yrs _____ Mos _____ Dys

☒ Disciplinary Seg for 45 days

☒ Recommend Custody Review

☐ Recommend Job Change

☐ Financial Compensation _____

McKee, Charles
Hearing Officer Name / Title

**21. Warden's Action - Date:**        12/21/2017

**Approved**        Mary Cooks

**Disapproved**

**Other (specify)**

**22. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named Inmate on this the 27th day of December, 2017 at 11:28:00.**

**23.** MILLS, LORENZO N                          Inmate Refused to Sign
Serving Officer Name / Title                       Inmate's Signature / AIS Number

**Procedural Requirements:**

| | |
|---|---|
| 1. The inmate was positively identified as the inmate that has the rule violation? | Yes |
| 2. The inmate was given written notice of charges at least 24 hours prior to the hearing? | Yes |
| 3. The inmate was able to attend the hearing? | Yes |
| 4. If the inmate wanted witnesses, he/she was permitted to call at least (3) witnesses? | Yes |
| 5. The inmate was allowed to prepare questions for the witnesses? | Yes |
| 6. The hearing is being held within ten (10) working days from the date the inmate was served? | Yes |
| 7. The inmate was provided ADOC assistance, if it was requested or warranted? | Yes |

Alabama Department of Corrections                                    **DISC006**

## DISCIPLINARY REPORT CONTINUATION ELMCF-17-03033-1
### 403A Final

8.  Did the Arresting Officer use a confidential source?                                      Yes

   1.  Has the source been used before?                                                        Yes

   2.  How many times has the source been used before?                                  10

   3.  Was the information provided in the past truthful?                                  Yes

   4.  Has other information been received to corroborate sources' given information?     Yes

   5.  Has the information uncovered during the investigation given the source a reason to lie?   No

   6.  Is the information from the confidential source reliable?                          Yes


**Procedural Requirements Completed By:**          McKee, Charles


Distribution:          Original to Central Records Division

         Copy to:          I & I (If Federal or State law violated)

                   Inmate Institutional File

                   Board of Pardons and Parole

                   Sentencing Judge (if applicable)