# CD available in the Clerk's Office for conventional viewing.

