IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRYAN BLOUNT, AIS #225319, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:18-cv-970-WHA (wo) |
| COMMISSIONER CULLIVER, et al., | ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered in this case, Final Judgment is entered in favor of the Defendants and against the Plaintiff, and this case is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 19th day of January, 2022.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE